C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0381355  C-13D |
| Wilbert L. Daye, Sr. | ) | |
| Josephine P. Daye | ) | |
| | ) | |
| Debtor | ) | |

## **ORDER**

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to disallow the balance of the claim in favor of MBIA, and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 30, 2008, by the Clerk of Court setting December 10, 2008, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that the balance of the claim in favor of MBIA (Claim No. 30) is disallowed as the claim has been abandoned.

## PARTIES IN INTEREST
### Page 1 of 1
### 03-81355 C-13D

Wilbert L. Daye, Sr.
Josephine P. Daye
728 Cook Rd.
Durham, NC  27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

MBIA Insurance  Corp.
Attn:  Managing Agent
c/o OSI Portfolio Services
PO Box 105460
Atlanta, GA  30348-5460