```
                   UNITED STATES BANKRUPTCY COURT
                     Middle District of North Carolina

IN RE:
    WILBERT LEE DAYE SR                    CASE NO. 03-81355
    JOSEPHINE PARKER DAYE                  JUDGE U.S. Bankruptcy Judge
    728 COOK RD
    DURHAM NC
                           27713           DATE: 01/23/09
        Debtor(s)

---SSN(1)XXX-XX-5980 SSN(2)XXX-XX-4032-----------------------------------

                       TRUSTEE'S FINAL REPORT
---------------------------------AND ACCOUNT-----------------------------------


     RICHARD M HUTSON II     , Trustee for the above case, submits the following
final report  and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

    1.  The case was filed on Apr 18, 2003 and confirmed on Jul  1, 2003.
The case was subsequently Completed on Dec 31, 2008.

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$  109,577.63 .

    3. The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| 1ST POINT | NOT FILED | .00 | .00 | .00 | .00 |
| REP TIME WARNER CAB | | | | | |
| ABSOLUTE COLLECTION SERVICE | NOT FILED | .00 | .00 | .00 | .00 |
| REP DURHAM REGIONAL | | | | | |
| ACADEMY COLLECTION SERV | NOT FILED | .00 | .00 | .00 | .00 |
| REP FIRST PREMIER BK | | | | | |
| ALLIED INTERSTATE | NOT FILED | .00 | .00 | .00 | .00 |
| REP FIRST NATIONAL B | | | | | |
| AMERICA SERVICING COMPANY | ONGOING D | .00 | 83780.54 | .00 | .00 |
| 1ST DEED/TRUST (RES) | | | | | |
| AMERICA SERVICING COMPANY | ARREARS-M | 10260.73 | 10260.73 | .00 | .00 |
| ARRS/1ST D/T(RES) | | | | | |
| CAMERON S WESLEY | NOT FILED | .00 | .00 | .00 | .00 |
| REP:WASHINGTON MUT | | | | | |
| CAPITAL ONE | Unsecured | 854.57 | 213.64 | .00 | .00 |
| CHANCE HART | VEHICLE | 3186.00 | 3186.00 | 596.87 | .00 |
| 96 DODGE INTREPID | | | | | |
| CHANCE HART | Unsecured | 1309.00 | 327.25 | .00 | .00 |
| Split Claim | | | | | |
| CSDDUR | NOT FILED | .00 | .00 | .00 | .00 |
| REP DURHAM ER PHYS | | | | | |
| CULLIGAN WATER | NOT FILED | .00 | .00 | .00 | .00 |

PAGE   1 - CONTINUED ON NEXT PAGE

```
CHAPTER 13 CASE NO. 03-81355
--------------------------------------------------------------------------
CREDITOR NAME              CLASS      CLAIM AMT   PRIN PD    INT PD   BAL DUE
--------------------------------------------------------------------------
DURHAM COUNTY REGISTER OF D Special C    28.00     28.00       .00       .00
      RECORD NOTICE
DURHAM EMERGENCY PHYSICIANS NOT FILED      .00       .00       .00       .00

DURHAM REGIONAL HOSPITAL   NOT FILED       .00       .00       .00       .00

ENCORE                     NOT FILED       .00       .00       .00       .00
      REP SPRINT
FARMERS HOME ADMINISTRATION NOT FILED      .00       .00       .00       .00
      REP WASHINGTON MUTUA
FRIEDMANS INC OF SAVANNAH G Secured     157.41    157.41     56.87       .00
      CONSUMER GOODS|ORDER
HEILIG MEYERS              NOT FILED       .00       .00       .00       .00
      RE-NOTIFIED 7/8/03
HOUSEHOLD AUTOMOTIVE FINANC NOT FILED      .00       .00       .00       .00
      DEFCY
MBIA INSURANCE CORPORATION UNSECURED   1206.92   1206.92       .00       .00
      ORDER 12/11/08
MCCALLA RAYMER PADRICK ET A NOT FILED      .00       .00       .00       .00
      REP:AMERICA'S SERVIC
NATIONAL FINANCIAL HOLDINGS Unsecured   562.93    140.73       .00       .00

NCO FINANCIAL SYSTEMS INC  NOT FILED       .00       .00       .00       .00
      REP FRIEDMAN'S
RMA                        NOT FILED       .00       .00       .00       .00
      REP VERZION
SHERMAN ACQUISITION LLC    Unsecured    406.17    101.54       .00       .00

SPRINT                     NOT FILED       .00       .00       .00       .00

TIME WARNER CABLE          AMENDED        .00        .00       .00       .00
      ORDER 10/22/03
U S ATTORNEY               NOT FILED       .00       .00       .00       .00
      REP WASHINGTON MUTUA
UFR INC DBA BUILDER        Unsecured   3042.38    760.60       .00       .00
      2ND DEED/TRUST(RES)
VAN RU CREDIT CORP         NOT FILED       .00       .00       .00       .00
      REP CAPITAL ONE
VERIZON                    NOT FILED       .00       .00       .00       .00

VERIZON % COLLECTECH       NOT FILED       .00       .00       .00       .00
      RE-NOTIFIED 7/25/03
VERIZON WIRELESS           NOT FILED       .00       .00       .00       .00
      DEFCY
```

PAGE  2 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 03-81355

    4. Summary of disbursements:

```
                        SECURED    PRIORITY   UNSECURED   CONT DEBTS       TOTAL
-------------------------------------------------------------------------------
CLAIM AMOUNT          13604.14       28.00     7381.97     83780.54    104794.65
PRINCIPAL PAID        13604.14       28.00     2750.68     83780.54    100163.36
INTEREST PAID           653.74         .00         .00          .00       653.74
```

    5. Costs of administration:
The clerk was paid $           .00  for the filing fee.
The debtor's attorney was allowed $    1,300.00 and was paid $    1,300.00 .
The Trustee was paid $     34.00  for the cost of mailing notices in the case.
The Trustee was paid $   2225.22  for expenses and $   2225.22  for compensation pursuant to 11 USC 1302.
Refunds to the debtor total $    2,976.09 .

    6. Total Receipts Less Distributions:
```
        Total Paid In =                  109,577.63
        Total Trustee Comp =               4,450.44
        Trustee Atty Fees=                      .00
        Debtor Atty Fees =                 1,300.00
        Other Professional Fees =               .00
        Secured Payments =                98,038.42
        Priority Payments =                     .00
        Unsecured Payments =               2,750.68
        Debtor Payments =                  2,976.09
        Other Payments =                      62.00
        Balance =                               .00
```

    Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

```
                                              /s/ Richard M. Hutson, II
xc WILBERT LEE DAYE SR and JOSEPHINE PARKER DAYE  _____
   U S BANKRUPTCY ADMIN                       RICHARD M HUTSON II
   JOHN T ORCUTT
   6616-203 SIX FORKS ROAD
   RALEIGH NC
                            27615-0000
```